SARAH A. SWIFT, an Infant, etc., Respondent, *v.* THE STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY, Appellant.

(Argued October 10, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made the second Monday of February, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Albert B. Boardman* for appellant.

*James C. Foley* for respondent.

Agree to affirm on decision on former appeal.  (123 N. Y. 646.)

All concur, except GRAY, J., not voting.

Judgment affirmed.